UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TOVA NOEL and MICHAEL THOMAS,

                      Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/19/2019
```

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that an initial conference is scheduled for **November 25, 2019**, at **12:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated: November 19, 2019
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge