```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/25/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

TOVA NOEL and MICHAEL THOMAS,

                       Defendants.

19 Cr. 830 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that the conditions of Defendant Michael Thomas' pretrial release shall be modified as follows: the time by which two financially responsible persons must co-sign Mr. Thomas' personal recognizance bond is extended to **December 3, 2019**.

    SO ORDERED.

Dated: November 25, 2019
       New York, New York

                                                        ANALISA TORRES
                                          United States District Judge