LAW OFFICES OF MONTELL FIGGINS, LLC
Montell Figgins, Esq., Attorney ID#: 036912003
17 Academy St., Suite 305
Newark, New Jersey 07102
T: (973) 242 – 4700
F: (973) 242 – 4701
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.: 1:19-cr-830 |
| | : | |
| MICHAEL THOMAS | : | |
| Defendant. | : | **NOTICE OF APPEARANCE** |

To: The Clerk of the Court and all parties of record

    Notice is hereby given of the entry of the undersigned as counsel for the Defendant, MICHAEL THOMAS, in the above-entitled action and request that copies of all papers in this action be served upon the undersigned.

                                     Montell Figgins, Esq.
                                     Law Offices of Montell Figgins, LLC
                                     17 Academy Street, Suite 305
                                     Newark, New Jersey 07102

Dated: November 26, 2019

                                     Respectfully submitted,

                                     /s/Montell Figgins____
                                     Montell Figgins, Esq.
                                     Law Offices of Montell Figgins