AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 19 Cr. 830 (AT) |
| Tova Noel & Michael Thomas | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date:  01/24/2020

/s/
*Attorney's signature*

Jessica Lonergan
*Printed name and bar number*

U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, New York 10007

*Address*

jessica.lonergan@usdoj.gov
*E-mail address*

(212) 637-1038
*Telephone number*

(212) 637-2615
*FAX number*