**The Law Offices of**
**MONTELL FIGGINS** LLC

17 Academy Street, Suite 305
Newark, New Jersey 07102
Phone: (973) 242-4700
Fax: (973) 242-4701
www.figginslaw.com

*BRANCH OFFICES:*

| 140 East Ridgewood Avenue | | 30 Wall Street 8th Floor |
| Paramus, NJ 07640 | | New York, NY 1005 |

**Reply to Newark Office [X]**

Of Counsel
Douglas Mitchell, Esq.
Linda Childs, Esq.

September 1, 2020

**SENT VIA ECF**
Honorable Analisa Torres
U.S. Southern District of NY
500 Pearl Street
New York, NY 10007

        **Re:**     **State of NY v Michael Thomas, et al.**
                **Docket No.: 1:19-cr-00830**
                **Request To Appear Remotely**

Dear Hon. Judge Torres:

     As you are aware, our firm represents the defendant, Michael Thomas, in the above-captioned matter. We are scheduled for a hearing on September 9, 2020. Given the current pandemic, I am not sure if the Court is allowing in-person hearings; however, I am requesting to appear remotely due to the circumstances surrounding COVID-19. Due to my health, I am unfortunately high risk and believe that it is in my best interest to appear remotely.

     In light of the foregoing, I respectfully request the Court to allow my appearance via video or telephone.

Respectfully yours,

/s/ Montell Figgins
Montell Figgins, Esq.
*Attorney for Defendant Michael Thomas*

cc:     Nicolas Roos, Esq., *Counsel for Plaintiff*
        Rebekah Donaleski, Esq., *Counsel for Plaintiff*
        Jessica Lonergan, Esq., *Counsel for Plaintiff*
        Jason Erroy Foy, Esq, *Counsel for Defendant Noel*