# The Law Offices of MONTELL FIGGINS, LLC

17 Academy Street, Suite 305
Newark, New Jersey 07102
Phone: (973) 242-4700
Fax: (973) 242-4701
www.figginslaw.com

*BRANCH OFFICES:*

| 140 East Ridgewood Avenue | | 30 Wall Street 8th Floor |
| Paramus, NJ 07640 | | New York, NY 1005 |

**Reply to Newark Office [X]**

<u>Of Counsel</u>
Douglas Mitchell, Esq.
Linda Childs, Esq.

September 8, 2020

**<u>SENT VIA ECF</u>**
Honorable Analisa Torres
U.S. Southern District of NY
500 Pearl Street
New York, NY 10007

      Re:    **State of NY v Michael Thomas, et al.**
                  **Docket No.: 1:19-cr-00830**
                  **Adjournment Request**

Dear Hon. Judge Torres:

      As you are aware, our firm represents Defendant, Michael Thomas, in the above-captioned matter. We are seeking an application for an adjournment of the January 4, 2021 trial date. Due to COVID-19 and my health concerns, combined with the fact that I need more time to complete my investigation, I am requesting that the Court adjourns the trial date to sometime in mid spring, preferably on or about May 3, 2021.

Respectfully yours,

/s/ Montell Figgins
Montell Figgins, Esq.
*Attorney for Defendant Michael Thomas*

cc:    Nicolas Roos, Esq., *Counsel for Plaintiff*
        Rebekah Donaleski, Esq., *Counsel for Plaintiff*
        Jessica Lonergan, Esq., *Counsel for Plaintiff*
        Jason Erroy Foy, Esq, *Counsel for Defendant Noel*