```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Michael Thomas ,
                Defendant(s).
------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

19 -CR- 00830 (AT) (1)

Defendant **Michael Thomas** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Michael Thomas (Sep 8, 2020 13:32 EDT)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Michael Thomas**
Print Defendant's Name

_____
Montell Figgins (Sep 8, 2020 13:29 EDT)
Defense Counsel's Signature

**Montell Figgins**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

September 10, 2020
Date    New York, New York

_____
ANALISA TORRES
United States District Judge