# The Law Offices of MONTELL FIGGINS, LLC

17 Academy Street, Suite 305
Newark, New Jersey 07102
Phone: (973) 242-4700
Fax: (973) 242-4701
www.figginslaw.com *BRANCH OFFICES*:

| 140 East Ridgewood Avenue | | 30 Wall Street 8th Floor |
| Paramus, NJ 07640 | | New York, NY 1005 |
| **Reply to Newark Office [X]** | | |

Of Counsel
Douglas Mitchell, Esq.
Linda Childs, Esq.

September 14, 2020

**SENT VIA ECF**
Honorable Analisa Torres
U.S. Southern District of NY
500 Pearl Street
New York, NY 10007

      **Re:**  **USA v Michael Thomas, et al.**
         **Docket No.: 1:19-cr-00830**
         **Request for Emergency Out of State Travel**

Your Honor,

  This firm represents Defendant, Michael Thomas, in the above-captioned matter. We are seeking the courts permission for Michael Thomas to take an emergency trip to the State of Georgia to tend to his sick father.

  Kristen McKeown, his pre-trial services officer, does not oppose his emergency travel.

        Respectfully yours,

        /s/ Montell Figgins

        Montell Figgins, Esq.
        *Attorney for Defendant Michael Thomas*

cc:  Nicolas Roos, Esq., *Counsel for Plaintiff*
   Rebekah Donaleski, Esq., *Counsel for Plaintiff*
   Jessica Lonergan, Esq., *Counsel for Plaintiff*
   Jason Erroy Foy, Esq, *Counsel for Defendant Noel*