

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/2020
```

17 Academy Street, Suite 305
Newark, New Jersey 07102
Phone: (973) 242-4700
Fax: (973) 242-4701
www.figginslaw.com  BRANCH OFFICES:

140 East Ridgewood Avenue
Paramus, NJ 07640
**Reply to Newark Office [X]**

30 Wall Street 8th Floor
New York, NY 1005

<u>Of Counsel</u>
Douglas Mitchell, Esq.
Linda Childs, Esq.

September 14, 2020

**SENT VIA ECF**
Honorable Analisa Torres
U.S. Southern District of NY
500 Pearl Street
New York, NY 10007

    Re:  USA v Michael Thomas, et al.
          **Docket No.: 1:19-cr-00830**
          **Request for Emergency Out of State Travel**

Your Honor,

    This firm represents Defendant, Michael Thomas, in the above-captioned matter. We are seeking the courts permission for Michael Thomas to take an emergency trip to the State of Georgia to tend to his sick father.

    Kristen McKeown, his pre-trial services officer, does not oppose his emergency travel.

          Respectfully yours,

          /s/ Montell Figgins

          Montell Figgins, Esq.
          *Attorney for Defendant Michael Thomas*

cc:  Nicolas Roos, Esq., *Counsel for Plaintiff*
     Rebekah Donaleski, Esq., *Counsel for Plaintiff*
     Jessica Lonergan, Esq., *Counsel for Plaintiff*
     Jason Erroy Foy, Esq, *Counsel for Defendant Noel*

GRANTED.

SO ORDERED.

Dated: September 14, 2020
       New York, New York

ANALISA TORRES
United States District Judge