USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Michael Thomas            ,
                Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

19 -CR- 830 (AT)(__)

Defendant __Michael Thomas_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

**X** Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____
Michael Thomas (May 25, 2021 10:30 EDT)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Michael Thomas**
Print Defendant's Name

_____
Montell Figgins
Defense Counsel's Signature

**Montell Figgins**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

5/25/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge