

U.S. Department 

*United States Att*
*Southern Distric*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 29, 2021

**By ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: **United States v. Tova Noel et al.,**
          **19 Cr. 830 (AT)**

Dear Judge Torres:

    Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case.

    Thank you very much for the Court's consideration.

                                Respectfully submitted,

                                AUDREY STRAUSS
                                United States Attorney

               by: _____
                                Jessica Lonergan
                                Assistant United States Attorney
                                (212) 637-1038

cc:     Counsel of Record (by ECF)

    SO ORDERED.

    Dated: July 29, 2021
           New York, New York

                                ANALISA TORRES
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/2021