**FOY & SEPLOWITZ LLC**
attorneys at law

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

January 5, 2022

Honorable Analisa Torres
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: <u>US v. Tova Noel, et al</u>
     **Docket # 19 cr. 830 (AT)**
     **Order to Release Firearm and any other Property**

Dear Judge Torres:

On January 3, 2022, the Court filed the fully executed Nolle Prosequi Order formally terminating the prosecution and dismissing all criminal charges in the above referenced criminal action. In November of 2019, Ms. Tova Noel was released with conditions. One of the conditions required the surrender of her firearm to the New York City Police Department (NYPD). As required, Ms. Noel promptly surrendered her firearm to the 44th Precinct of the NYPD in the Bronx.

On January 4, 2022, Ms. Noel went to the 44th Precinct to retrieve her firearm with a copy of the Nolle Prosequi Order. She was referred to the NYPD property clerk's office located in the basement of the Bronx Criminal Court. The NYPD property clerk was presented with the Nolle Prosequi Order, however, the property clerk refused to release the firearm. The NYPD property clerk indicated that they would only release the firearm pursuant to a court order.

Attached is a proposed order mandating the release of Ms. Noel's firearm and any other property that was surrendered as a condition of release. I have spoken with the Government regarding this application, and they have no objection. Thank you for your thoughtful consideration.

Sincerely,

**FOY & SEPLOWITZ LLC**

*Jason E. Foy*

**JASON E. FOY**
jfoy@foyseplowitz.com